**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Allen Flores; Shark Ventures, Inc. d/b/a Shark Shack; Bliss, Inc. d/b/a Bliss Lounge; and Barfly Lounge, Inc. d/b/a Playground Patio Bar v. The City of Galveston, Texas; Yaga's Entertainment, Inc.; and Brian Maxwell, in his Official Capacity only

Appellate case number:     01-20-00042-CV

Trial court case number:     19CV2139

Trial court:     212th District Court of Galveston County

Appellants, Allen Flores, Shark Ventures, Inc. d/b/a Shark Shack, Bliss, Inc. d/b/a Bliss Lounge, and Barfly Lounge, Inc. d/b/a Playground Patio Bar, have filed a motion for expedited hearing and temporary orders in this accelerated appeal. Upon request from the Clerk of this Court, appellees, The City of Galveston, Texas, Yaga's Entertainment, Inc., and Brian Maxwell, in his Official Capacity only, responded to appellants' motion. We **deny** appellant's motion.

It is so ORDERED.


Judge's signature:     _/s/  Evelyn V. Keyes_____
                                     ☑ Acting individually     ☐ Acting for the Court


Date:  ___February 6, 2020___